IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
_____ DIVISION

Brian Underwood )
(Name) )
323996 , )
(Prison Id. No.) )
)
)
_____ )
(Name) )
_____ , )
(Prison Id. No.) )
)
Plaintiff(s) )
)
v. )
)
John Davis , )
(Name) )
Keith Merritt , )
(Name) )
)
Defendant(s) )

*(List the names of all the plaintiffs filing this lawsuit. Do not use "et al." Attach additional sheets if necessary.)*

Civil Action No. _____
  *(To be assigned by the Clerk's Office. Do not write in this space.)*

JURY TRIAL REQUESTED \_\_\_YES \_\_\_NO

*(List the names of all defendants against whom you are filing this lawsuit. Do you use "et al." Attach additional sheets if necessary.)*

**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS FILED
PURSUANT TO 42 U.S.C. § 1983**

I. **PARTIES TO THIS LAWSUIT**

   A. Plaintiff(s) bringing this lawsuit:

      1. Name of the first plaintiff: Brian Underwood
         Prison I.D. No. of the first plaintiff: 323996
         Address of the first plaintiff: Grainger Co. Jail, 270
         Justice Center Drive, P.O. Box 65, Rutledge, TN 37861

         Status of Plaintiff: CONVICTED (X)   PRETRIAL DETAINEE (\_\_\_)

      2. Name of the second plaintiff: _____
         Prison I.D. No. of the second plaintiff: _____
         Address of the second plaintiff: _____

         Status of Plaintiff: CONVICTED (\_\_\_)   PRETRIAL DETAINEE (\_\_\_)

*(Include the name of the institution and mailing address with zip code for each plaintiff. If any plaintiff changes his or her address, he or she must notify the Court immediately. If there are more than two plaintiffs, list their names, prison identification numbers, and addresses on a separate sheet of paper.)*

  B. Defendant(s) against whom this lawsuit is being brought:

    1. Name of the first defendant: John Davis
     Place of employment of the first defendant: Grainger Co. Jail

     First defendant's address: 270 Justice Center Drive P.O. Box 65 Rutledge, TN 37861

     Named in official capacity? ✓ Yes ___ No
     Named in individual capacity? ___ Yes ___ No

    2. Name of the second defendant: Keith Merritt
     Place of employment of the second defendant: Grainger Co. Jail

     Second defendant's address: 270 Justice Center Drive P.O. Box 65 Rutledge, TN 37861

     Named in official capacity? ___ Yes ___ No
     Named in individual capacity? ___ Yes ___ No

*(If there are more than two defendants against whom you are bringing this lawsuit, you must list on a separate sheet of paper the name of each additional defendant, his or her place of employment, address, and the capacity in which you are suing that defendant. If you do not provide the names of such additional defendants, they will not be included in your lawsuit. If you do not provide each defendant's proper name, place of employment, and address, the Clerk will be unable to serve that defendant should process issue.)*

## II. JURISDICTION

  A. Jurisdiction is asserted pursuant to 42 U.S.C. § 1983 (applies to state prisoners). Jurisdiction is also invoked pursuant to 28 U.S.C. § 1343(a)(3).

    If you wish to assert jurisdiction under different or additional statutes, you may list them below:

III. PREVIOUS LAWSUITS (The following information must be provided by each plaintiff.)

A. Have you or any of the other plaintiffs in this lawsuit filed any other lawsuit(s) in the United States District Court for the Middle District of Tennessee, or in any other federal or state court? ___Yes  ✓ No

B. If you checked the box marked "Yes" above, provide the following information:

1. Parties to the previous lawsuit: N/A

    Plaintiffs _____

    Defendants _____

2. In what court did you file the previous lawsuit? N/A

    (If you filed the lawsuit in federal court, provide the name of the District. If you filed the lawsuit in state court, provide the name of the state and the county.)

3. What was the case number of the previous lawsuit? N/A

4. What was the Judge's name to whom the case was assigned? N/A

5. What type of case was it (for example, habeas corpus or civil rights action)? N/A

6. When did you file the previous lawsuit? (Provide the year, if you do not know the exact date.) N/A

7. What was the result of the previous lawsuit? For example, was the case dismissed or appealed, or is it still pending? N/A

8. When was the previous lawsuit decided by the court? (Provide the year, if you do not know the exact date.) N/A

9. Did the circumstances of the prior lawsuit involve the same facts or circumstances that you are alleging in this lawsuit? ___Yes ___No

*(If you have filed more than one prior lawsuit, list the additional lawsuit(s) on a separate sheet of paper, and provide the same information for the additional lawsuit(s).)*

## IV. EXHAUSTION

A. Are the facts of your lawsuit related to your present confinement?

   ✓ Yes ___ No

B. If you checked the box marked "No" in question III.B above, provide the name and address of the prison or jail to which the facts of this lawsuit pertain. _____
   _____
   _____

C. Do the facts of your lawsuit relate to your confinement in a Tennessee state prison?

   ___ Yes ✓ No

   *(If you checked the box marked "No," proceed to question IV.G. If you checked the box marked "Yes," proceed to question IV.D.)*

D. Have you presented these facts to the prison authorities through the state grievance procedure? ___ Yes ___ No

E. If you checked the box marked "Yes" in question III.D above:

   1. What steps did you take? _____
      _____

   2. What was the response of prison authorities? _____
      _____
      _____

F. If you checked the box marked "No" in question IV.D above, explain why not. _____
   _____
   _____

G. Do the facts of your lawsuit pertain to your confinement in a detention facility operated by city or county law enforcement agencies (for example, city or county jail, workhouse, etc.)? ✓ Yes ___ No

H. If "Yes" to the question above, have you presented these facts to the authorities who operate the detention facility? ___ Yes ✓ No

I. If you checked the box marked "Yes" in question III.H above:

   1. What steps did you take? _____
      _____

Case 3:17-cv-00514-PLR-HBG    Document 1    Filed 11/15/17    Page 4 of 8    PageID #: 4

2. What was the response of the authorities who run the detention facility? _____
   _____
   _____

J. If you checked the box marked "No" in question IV.H above, explain why not. There's no way to grievance the issue with a grievance board. I had sent a request to administrative work, but didn't recieve a response.

## V. CAUSE OF ACTION

Briefly explain which of your constitutional rights were violated:

_____
_____
_____

## VI. STATEMENT OF FACTS

State the relevant facts of your case as briefly as possible. Include the dates when the incidents or events occurred, where they occurred, and how each defendant was involved. Be sure to include the names of other persons involved and the dates and places of their involvement.

If you set forth more than one claim, number each claim separately and set forth each claim in a separate paragraph. Attach additional sheets, if necessary. Use 8 ½ inch x 11 inch paper. Write on one side only, and leave a 1-inch margin on all 4 sides.

On the date of October 31, 2017, Right after cell cleaning, around the time of 12:30-1:00am. Officer John Davis and Officer Keith Merritt enter into my cell (cell 13) I ask what was going on and why were they in my cell at that time of night. I was told to shut up an to step aside. Officer John Davis said that I had been destroying property and was destroying property an began taking "pictures" of my undestroyed blanket that I had hanging from my bunk in order to block out light so that im able to sleep at night. I began to ask why were they continually harassing me (This has been an on going situation with these two officers) and that I felt they were being Racist (I'm African american) he became angry. John Davis began shoving me against the wall, and placing his fingures in my face, stating this is jail bay, so thats

When I said I know my rights, get out of my room, thats when officer Keith Merritt became aggressive and grabbed me by the throat saying you don't tell us what to do and we better not have any more problems out of you, so I pushed his hand from my throat and said I wanted a grievence form and to get the f*** out my room. They did leave, but I never recieved a grievence form. About an hour later John Davis came back to my room saying that I needed to stop with the racist comments an that we needed to get along, just do what he says an there wouldn't be a problem. I said yes sir and began filing this complaint.

**VII. RELIEF REQUESTED**: State exactly what you want the Court to order each defendant to do for you.

To be transferred to Knox County Jail and whatever the courts decide after that.

I request a jury trial.   ✓ Yes   ___ No

**VIII. CERTIFICATION**

I (we) certify under the penalty of perjury that the foregoing complaint is true to the best of my (our) information, knowledge and belief.

Signature: Brian Underwood   Date: 11/10/2017
Prison Id. No. 323996
Address (Include the city, state and zip code.): Grainger Co. Jail
210 Justice Center Drive, P.O. Box 65 Rutledge, TN 37861

Signature: _____   Date: _____
Prison Id. No. _____
Address (Include the city, state and zip code.): _____

**ALL PLAINTIFFS MUST SIGN AND DATE THE COMPLAINT**, and provide the information requested above. If there are more than two plaintiffs, attach a separate sheet of paper with their signatures, dates, prison identification numbers, and addresses.

**ALL PLAINTIFFS MUST COMPLETE, SIGN, AND DATE SEPARATE APPLICATIONS TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**, if not paying the civil filing fee.

**SUBMIT THE COMPLAINT AND (1) THE REQUIRED FILING FEE OR (2) COMPLETED APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES AND COSTS TOGETHER.** Complaints received without the required filing fee or application to proceed without prepayment of fees will be returned. Filing fees and applications to proceed without prepayment of fees submitted without a complaint will be returned.

Brian Underwood # 2890
Grainger Co. Jail
270 Justice Center Dr.
P.O. Box 65
Rutledge, TN 37861

RECEIVED
IN CLERK'S OFFICE
NOV 1 5 2017
U.S. DISTRICT COURT
MID. DIST. TENN.

KNOXVILLE TN 377
13 NOV 2017 PM 3 L

Clerk, U.S District Court
U.S. Courthouse, Room 800
Nashville, Tennessee 37203